| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |
| *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN,<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01169-SK<br>*(if applicable)*<br>CHAPTER: 11 |
|---|---|
| DAVID BERGER<br><br>Plaintiff(s),<br>vs.<br>LESLIE KLEIN<br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Leslie Klein

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Michael S. Kogan (SBN 128500)
   KOGAN LAW FIRM, APC
   11500 W. Olympic Blvd., Suite 400
   Los Angeles, California 90064, 310.954.1690, mkogan@koganlawfirm.com

3. New attorney hereby appears in the following matters:   ☐ the bankruptcy case   ☒ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                Page 1                                                F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Eric Olson

Date: 07/21/2023

_____    _____
Signature of party             Signature of *second* party (if applicable)

Leslie Klein
Printed name of party          Printed name of *second* party (if applicable)

_____    _____
Signature of *third* party (if applicable)    Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)    Printed name of *fourth* party (if applicable)


I consent to the above substitution.

Date: 07/21/2023

*[signature]*
_____
Signature of present attorney

Eric Olson
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 07/21/2023

/s/Michael S. Kogan
_____
Signature of new attorney

Michael S. Kogan
Printed name of new attorney


### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                Page 2                F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Eric Olson

Date: 07/21/2023

_____
Signature of party

Leslie Kaplan
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 07/21/2023

_____
Signature of present attorney

Eric Olson
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 07/21/2023

/s/Michael S. Kogan
Signature of new attorney

Michael S. Kogan
Printed name of new attorney

### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                  Page 2                                  F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Michael S. Kogan (SBN 128500), KOGAN LAW FIRM, APC, 11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 7/24/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 7/24/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/24/2023 | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re: LESLIE KLEIN<br>　　　　　　　　　Debtor(s).<br>David Berger v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br>Adv. No. 2:23-ap-01169-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

      Baruch C Cohen (PL) bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
      Michael I. Gottfried (IP) mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com Nikko Salvatore Stevens (IP) nikko@cym.law, mandi@cym.law United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
      • Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

    Hon. Sandra Klein
    U.S. Bankruptcy Court
    255 E. Temple St. #1582
    Los Angeles, CA 90012