| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>**KOGAN LAW FIRM, APC**<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br><br>mkogan@koganlawfirm.com<br><br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Leslie Klein | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re<br><br>LESLIE KLEIN,<br><br>            Debtor. | CASE NO.: **2:23-bk-10990-SK**<br>Adv. No. **2:23-ap-01169-SK**<br>CHAPTER: 11 |
|---|---|
| DAVID BERGER,<br><br>            Plaintiff,<br><br>    vs.<br><br>LESLIE KLEIN,<br><br>            Defendants.<br><br>                                        Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

PLEASE TAKE NOTE that the order titled **ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

was lodged on *(date)* July 24, 2023 and is attached. This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re

LESLIE KLEIN,

    Debtor.

___

DAVID BERGER,

    Plaintiff,

v.

LESLIE KLEIN,

    Defendant.

Case No. 2:23-bk-10990-SK

Chapter 11

Adv. No. 2:23-ap-01169-SK

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

<u>Present Status Conference Date:</u>
Date: September 6, 2023
Time: 9:00 a.m.
Place: Courtroom 1575

The Court having considered the Stipulation to Extend Time to Respond to Complaint, entered into by Plaintiff David Berger (the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, having found that notice is proper, and based upon the Stipulation;
ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Defendant's time to respond to the Complaint shall be extended to and including August 22, 2023.

\*\*\*

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 24, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **July 24, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2023 | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 2                              **F 9021-1.2.BK.NOTICE.LODGMENT**

| In re: LESLIE KLEIN | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| David Berger v Leslie Klein | Adv. No. 2:23-ap-01169-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    Baruch C Cohen (PL) bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
    Michael I. Gottfried (IP) mgottfried@elkinskalt.com, cavila@elkinskalt.com,
    lwageman@elkinskalt.com, docketing@elkinskalt.com Nikko Salvatore Stevens (IP)
    nikko@cym.law, mandi@cym.law United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov
- Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St. #1582
Los Angeles, CA 90012