Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

FILED & ENTERED

JUL 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>　　　　Debtor.<br>―――――――――――<br>DAVID BERGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE KLEIN,<br><br>　　　　Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. No. 2:23-ap-01169-SK<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Present Status Conference Date:**<br>Date:　　September 6, 2023<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 1575 |

　　The Court having considered the "Stipulation to Extend Time to Respond to Complaint" ("Stipulation"), Docket #14, entered into by Plaintiff David Berger (the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, having found that notice is proper, and based upon the

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  Stipulation;

2  **IT IS HEREBY ORDERED THAT**:

3      1.    The Stipulation is approved.

4      2.    Defendant's time to respond to the Complaint is extended to and including August 22, 2023.

###

Date: July 24, 2023

Sandra R. Klein
United States Bankruptcy Judge

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**