1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED & ENTERED

AUG 31 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

Leslie Klein,

Debtor(s),

David Berger

Plaintiff(s),

Vs.

Leslie Klein

Defendant(s).

Case No.: 2:23-bk-10990-SK

Chapter: 11

Adversary No.: 2:23-ap-01169-SK

**ORDER: 1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND 2) CONTINUING STATUS CONFERENCE**

**Present Status Conference Date:**
Date: September 6, 2023
Time: 9:00 a.m.
Crtrm: 1575

**Hearing on Motion to Dismiss and Status Conference:**
Date: October 18, 2023
Time: 9:00 a.m.
Crtrm: 1575

On June 9, 2023, David Berger (Plaintiff), filed a "Complaint for Nondischargeability of Debt . . ." against Leslie Klein (Defendant).  The Court having considered the "Motion for Order Dismissing Certain Causes of Action . . ." (Motion) filed by Defendant on August 14, 2023 [Docket No. 18],

IT IS HEREBY ORDERED THAT:

1. The Motion is set for hearing on October 18, 2023, at 9:00 a.m.

- 1 -

2. The deadline for filing an opposition to the Motion is September 8, 2023, at 12:00 p.m. noon.

3. The deadline for filing a reply, if any, to the opposition, is September 15, 2023, at 12:00 p.m. noon.

4. No further briefing will be allowed or considered.

5. The September 6, 2023 status conference is continued to October 18, 2023, at 9:00 a.m.

###

Date: August 31, 2023

Sandra R. Klein
United States Bankruptcy Judge