United States Bankruptcy Court

Central District of California

Berger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01169-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Aug 31, 2023      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | David Berger, 3101 S Fairview St Sp #5, Santa Ana, CA 92704-6564 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

**Name**      **Email Address**

Baruch C Cohen
    on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Aug 31, 2023     Form ID: pdf031     Total Noticed: 2

Michael S Kogan
    on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

**FILED & ENTERED**

**AUG 31 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br>Debtor(s),<br><br>David Berger<br><br>Plaintiff(s),<br><br>Vs.<br><br>Leslie Klein<br><br>Defendant(s). | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01169-SK<br><br>**ORDER: 1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND 2) CONTINUING STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date: September 6, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575<br><br>**Hearing on Motion to Dismiss and Status Conference:**<br>Date: October 18, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575 |

On June 9, 2023, David Berger (Plaintiff), filed a "Complaint for Nondischargeability of Debt . . ." against Leslie Klein (Defendant). The Court having considered the "Motion for Order Dismissing Certain Causes of Action . . ." (Motion) filed by Defendant on August 14, 2023 [Docket No. 18],

IT IS HEREBY ORDERED THAT:

1. The Motion is set for hearing on October 18, 2023, at 9:00 a.m.

- 1

2. The deadline for filing an opposition to the Motion is September 8, 2023, at 12:00 p.m. noon.

3. The deadline for filing a reply, if any, to the opposition, is September 15, 2023, at 12:00 p.m. noon.

4. No further briefing will be allowed or considered.

5. The September 6, 2023 status conference is continued to October 18, 2023, at 9:00 a.m.

###

Date: August 31, 2023

Sandra R. Klein
United States Bankruptcy Judge

- 2 -