| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie Klein<br><br>322 N. June St<br><br>Los Angeles, CA 90004<br><br>Email: les.kleinlaw@gmail.com<br><br><br>☑ *Individual appearing without attorney*<br>☐ *Attorney for* | FILED<br>OCT 25 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

| In re:<br><br>Leslie Klein<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-AP-01169-SK |
|---|---|
| DAVID BERGER<br><br>Plaintiff(s),<br>vs.<br><br>LESLIE KLEIN<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion¹*): MOTION FOR ORDER DISMISSING CERTAIN CAUSES OF ACTION IN COMPLAINT |

PLEASE TAKE NOTE that the order or judgment titled ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION
was lodged on (*date*) OCT 24, 2023 and is attached. This order relates to the motion which is docket number ____.
   25

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012            Page 1            **F 9021-1.2.ADV.NOTICE.LODGMENT**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) OCT 24, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) OCT 24, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HON. SANDRA KLEIN, US BANKRUPTCY JUDGE, 255 E. TEMPLE ST #1582, LOS ANGELES, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2023 | ERIC J OLSON | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                                F 9021-1.2.ADV.NOTICE.LODGMENT

| In re: LESLIE KLEIN | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Reem J Bello on behalf of Erica Vago and Joseph Vago
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Michael Jay Berger on behalf of Attorney-Professional Michael Jay Berger
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Greg P Campbell on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Baruch C Cohen on behalf of David Berger
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Robert & Esther Mermelstein
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Theron S Covey on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust
tcovey@raslg.com, sferry@raslg.com

Jeffrey W Dulberg on behalf of Bradley D. Sharp
jdulberg@pszjlaw.com

Ron Bender on behalf of Interested Party Life Capital Group, LLC
rb@lnbyg.com

Dane W Exnowski on behalf of Interested Party Courtesy NEF
dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Robert P Goe on behalf of Erica Vago and Joseph Vago
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Michael I. Gottfried on behalf of A. Gesteiner Family Trust and Gesteiner Charitable Remainder Unitrust
mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Brandon J Iskander on behalf of Erica Vago and Joseph Vago
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Michael S Kogan on behalf of Interested Party Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

John W Lucas on behalf of Bradley D. Sharp (TR)
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Kirsten Martinez on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for J.P. Morgan Mortgage Acquisition Corp
Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Steven M Mayer on behalf of Jeffrey Siegel
smayer@mayerlawla.com

Krikor J Meshefejian on behalf of Life Capital Group, LLC
kjm@lnbyg.com

Kenneth Misken on behalf of U.S Trustee United States Trustee (LA)
Kenneth.M.Misken@usdoj.gov

Jeffrey P Nolan on behalf of Bradley D. Sharp
jnolan@pszjlaw.com

Marc A Lieberman on behalf of Interested Party Courtesy NEF
marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Eric J Olson on behalf of Attorney ERIC J OLSON
eric@ejolsonlaw.com

Jeffrey N Pomerantz on behalf of Bradley D. Sharp (TR)
jpomerantz@pszjlaw.com

Brian A Procel on behalf of Erica Vago
bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com

Joshua L Scheer on behalf of Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Mark M Sharf (TR)
mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Bradley D. Sharp (TR)
bsharp@dsi.biz

Nikko Salvatore Stevens on behalf of Franklin Menlo and Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, mandi@cym.law

Alan G Tippie on behalf of Interested Party Courtesy NEF
Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Gary Tokumori on behalf of Interested Party Courtesy NEF
gtokumori@pmcos.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Michael L Wachtell on behalf of Interested Party Courtesy NEF
mwachtell@buchalter.com

John P. Ward on behalf of U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2
jward@attleseystorm.com, ezhang@attleseystorm.com

Alex M Weingarten on behalf of Interested Party Courtesy NEF
aweingarten@willkie.com, lcarter@willkie.com

Clarisse Young on behalf of Creditor Adi Vendriger
youngshumaker@smcounsel.com, levem@smcounsel.com

Paul P Young on behalf of Franklin Menlo and Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, jaclyn@cym.law

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**Simon Aron on behalf of Defendant Kenneth Klein and Shoshana Shrifa Klein**
**saron@wrslawyers.com, moster@wrslawyers.com**

Case 2:23-bk-10990-SK    Doc 442    Filed 10/18/23    Entered 10/18/23 15:17:27    Desc
Main Document    Page 8 of 9