# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Adversary Proceeding #: 2:23-ap-01169-SK

*Assigned to:* Sandra R. Klein  
*Lead BK Case:* 23-10990  
*Lead BK Title:* Leslie Klein  
*Lead BK Chapter:* 11  
*Demand:* $7144000  

*Date Filed:* 06/09/23

*Nature[s] of Suit:* 62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud  
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny  
68 Dischargeability - 523(a)(6), willful and malicious injury  
41 Objection / revocation of discharge - 727(c),(d),(e)

*Plaintiff*
-----------------------
**David Berger**  
3101 S Fairview St Sp #5  
Santa Ana, CA 92704  
SSN / ITIN: xxx-xx-2000

represented by **Baruch C Cohen**  
4929 Wilshire Blvd Ste 940  
Los Angeles, CA 90010  
323-937-4501  
Email: bcc@BaruchCohenEsq.com

V.

*Defendant*
-----------------------
**Leslie Klein**  
322 N. June Street  
Los Angeles, CA 90001  
SSN / ITIN: xxx-xx-6944

represented by **Leslie Klein**  
PRO SE

**Michael S Kogan**  
Kogan Law Firm, APC  
11500 W. Olympic Blvd., Ste 400  
Los Angeles, CA 90064  
213-359-1097  
Email: mkogan@koganlawfirm.com  
*TERMINATED: 10/19/2023*

*U.S. Trustee*
-----------------------
**United States Trustee (LA)**  
915 Wilshire Blvd, Suite 1850  
Los Angeles, CA 90017  
(213) 894-6811

| Filing Date | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 10/25/2023 | 33 | Notice of lodgment of Order or Judgment Filed by Defendant Leslie Klein (RE: related document(s)18 Motion to Dismiss Adversary Proceeding *Motion for Order Dismissing Certain Causes of Action in Complaint with proof of service*). (TM) (Entered: 10/26/2023) |
| 10/26/2023 | 34 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry - (1) No copy of proposed order attached to NOL, and (2) Requires the docket entry number of motion the order relates to. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)33 Notice of Lodgment filed by Defendant Leslie Klein) (TM) (Entered: 10/26/2023) |