United States Bankruptcy Court

Central District of California

Berger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01169-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Oct 26, 2023     Form ID: pdf002     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | David Berger, 3101 S Fairview St Sp #5, Santa Ana, CA 92704-6564 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Baruch C Cohen | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 26, 2023 | Form ID: pdf002 | Total Noticed: 2 |

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

**U.S. Bankruptcy Court**
**Central District of California (Los Angeles)**
**Adversary Proceeding #: 2:23-ap-01169-SK**

*Assigned to:* Sandra R. Klein                                              *Date Filed:* 06/09/23
*Lead BK Case:* 23-10990
*Lead BK Title:* Leslie Klein
*Lead BK Chapter:* 11
*Demand:* $7144000

*Nature[s] of Suit:*  62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
　　　　　　　　　　 67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
　　　　　　　　　　 68 Dischargeability - 523(a)(6), willful and malicious injury
　　　　　　　　　　 41 Objection / revocation of discharge - 727(c),(d),(e)

*Plaintiff*
-----------------------
**David Berger**                                               represented by **Baruch C Cohen**
3101 S Fairview St Sp #5                                                    4929 Wilshire Blvd Ste 940
Santa Ana, CA 92704                                                         Los Angeles, CA 90010
SSN / ITIN: xxx-xx-2000                                                     323-937-4501
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: bcc@BaruchCohenEsq.com

V.

*Defendant*
-----------------------
**Leslie Klein**                                               represented by **Leslie Klein**
322 N. June Street                                                          PRO SE
Los Angeles, CA 90001
SSN / ITIN: xxx-xx-6944                                        **Michael S Kogan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Kogan Law Firm, APC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 11500 W. Olympic Blvd., Ste 400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Los Angeles, CA 90064
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 213-359-1097
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Email: mkogan@koganlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 *TERMINATED: 10/19/2023*

*U.S. Trustee*
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 10/25/2023 | 🌑 33 | Notice of lodgment of Order or Judgment Filed by Defendant Leslie Klein (RE: related document(s)18 Motion to Dismiss Adversary Proceeding *Motion for Order Dismissing Certain Causes of Action in Complaint with proof of service*). (TM) (Entered: 10/26/2023) |
| 10/26/2023 | 🌑 34 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry - (1) No copy of proposed order attached to NOL, and (2) Requires the docket entry number of motion the order relates to. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)33 Notice of Lodgment filed by Defendant Leslie Klein) (TM) (Entered: 10/26/2023) |