Leslie Klein
322 N. June St.
Los Angeles, CA 90004
Les.kleinlaw@gmail.com
818-501-2663

Leslie Klein, debtor, pro se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>LESLIE KLEIN,<br><br>Debtor | Case No. 2:23-bk-10990- SK<br><br>Ch 11<br><br>Adv. No. 2:23-ap-01169-SK<br><br>ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION IN THE COMPLAINT<br><br>Hearing Date: OCT 18, 2023<br>Time:            9:00 AM<br>CTRM           1575 |

ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF

ACTION IN THE COMPLAINT                    1

Based on the Motion of Leslie Klein as Defendant/Debtor for an Order Dismissing Certain Causes of Action in the Complaint for Dischargeability ("Motion")(Doc 18), the other moving and responding papers on file and the statements made by the Court on the record at the above-captioned hearing, and other good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is Granted

2. The Fourth through Eighth Causes of Action are hereby dismissed.

###

Date: November 09, 2023

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION IN THE COMPLAINT

"2