United States Bankruptcy Court

Central District of California

Berger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01169-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Nov 09, 2023     Form ID: pdf031     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | David Berger, 3101 S Fairview St Sp #5, Santa Ana, CA 92704-6564 |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Baruch C Cohen | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Nov 09, 2023     Form ID: pdf031     Total Noticed: 2

Nikko Salvatore Stevens
   on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)
   ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

Leslie Klein
322 N. June St.
Los Angeles, CA 90004
Les.kleinlaw@gmail.com
818-501-2663

Leslie Klein, debtor, pro se

FILED
NOV 09 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

ENTERED
NOV -9 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

LODGED
OCT 25 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In Re

LESLIE KLEIN,

   Debtor

Case No. 2:23-bk-10990- SK

Ch 11

Adv. No. 2:23-ap-01169-SK

ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION IN THE COMPLAINT

Hearing Date: OCT 18, 2023
Time:         9:00 AM
CTRM          1575

ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF
ACTION IN THE COMPLAINT                    1

Based on the Motion of Leslie Klein as Defendant/Debtor for an Order Dismissing Certain Causes of Action in the Complaint for Dischargeability ("Motion")(Doc 18), the other moving and responding papers on file and the statements made by the Court on the record at the above-captioned hearing, and other good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is Granted
2. The Fourth through Eighth Causes of Action are hereby dismissed.

###

Date: November 09, 2023

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION IN THE COMPLAINT

"2