# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re: Leslie Klein | BANKRUPTCY CASE NO.: 2:23-bk-10990-SK |
|---|---|
| Debtor(s). | CHAPTER NO.: 11 |
| David Berger | ADVERSARY NO.: 2:23-ap-01169-SK |
| Plaintiff(s) Versus Leslie Klein Defendant(s) | |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055-1(a)

On 11/28/2023, a request was filed for the clerk to enter default against defendant(s) **Leslie Klein**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: November 28, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Thais D. May**
 **Deputy Clerk**

(Form van192-nched VAN-192) Rev. 12/2014              **43 – 42 / TM**