1  Jeffrey W. Dulberg (CA Bar No. 181200)
   John W. Lucas (CA State Bar No. 271038)
2  Jeffrey P. Nolan (CA Bar No. 158923)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067-4003
4  Telephone: 310-277-6910
   Facsimile:  310-201-0760
5  Email: jdulberg@pszjlaw.com
          jlucas@pszjlaw.com
6         jnolan@pszjlaw.com

7  Counsel to Bradley D. Sharp, Chapter 11 Trustee

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                       LOS ANGELES DIVISION

|  |  |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                    Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11 |
| DAVID BERGER,<br><br>                    Plaintiff,<br>vs.<br><br>LESLIE KLEIN,<br><br>                    Defendant. | Adversary No.:  2:23-ap-01169-NB<br><br>**PROOF OF SERVICE OF ORDER (1) SETTING STATUS CONFERENCES IN RELATED ADVERSARY PROCEEDINGS, AND (2) DIRECTING CHAPTER 11 TRUSTEE TO GIVE NOTICE TO ALL PARTIES**<br><br>[Relates to Docket No. 950 in Case No. 23-10990]<br><br>Principal Status Conference:<br>Date:      April 8, 2025<br>Time:      2:00 p.m.<br>Place:     Courtroom 1545<br>               255 E. Temple Street<br>               Los Angeles, CA 90012<br>(or via Zoomgov per posted instructions) |

25        I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California.

26  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa

27  Monica Boulevard, Suite 1300, Los Angeles, California 90067.

28

4935-8917-9431.1 78512.001

1    On March 14, 2025, I caused a copy of the *Order (1) Setting Status Conferences In Related*

2  *Adversary Proceedings, And (2) Directing Chapter 11 Trustee To Give Notice To All Parties* to be

3  served as indicated in the manners below:

4  **SERVED BY U.S. MAIL:**

5  Leslie Klein & Associates, Inc.      Leslie Klein                      Leslie Klein & Associates, Inc.
   c/o Parker Milliken                  322 North June Street             c/o Leslie Klein
6  555 Flower Street                    Los Angeles, CA  90004            6454 Van Nuys Blvd. Suite 150
   Los Angeles, CA  90071                                                Van Nuys, CA  91401
7

8  **SERVED BY EMAIL:**

9
   - Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
10 - Michael I. Gottfried     mgottfried@elkinskalt.com,
   cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
11 - Eric J Olson     eric@ejolsonlaw.com
   - Nikko Salvatore Stevens     nikko@cym.law, eService@cym.law,karen@cym.law
12 - United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
   - Clarisse Young     youngshumaker@smcounsel.com, levern@smcounsel.com
13 - Leslie Klein: les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net

14
   I declare under penalty of perjury, under the laws of the State of California and the United
15
   States of America that the foregoing is true and correct.
16
   Executed on March 14, 2025, at Los Angeles, California.
17
                                                        */s/ Nancy H. Brown*
18                                                        Nancy H. Brown

19

20

21

22

23

24

25

26

27

28